**Lavern R. CRUMP, Plaintiff–Appellant,**

v.

**MONTGOMERY COUNTY EDU-
CATION ASSOCIATION (MCEA);
Maryland State Education Associa-
tion (MSEA), Defendants–Appellees.**

**No. 14–2112.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 26, 2015.

Lavern R. Crump, Appellant Pro Se.
Jeffrey Elliot Rockman, Serotte, Rockman
& Wescott, PA, Baltimore, Maryland, for
Appellees.

Before SHEDD, KEENAN, and DIAZ,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lavern R. Crump appeals the district
court's order dismissing her civil action
asserting wrongful termination and breach
of the duty of fair representation. We
have reviewed the record and find no re-
versible error. Accordingly, we affirm for
the reasons stated by the district court.
*Crump v. Montgomery Cnty. Educ. Asso-
ciation,* No. 8:14–cv–00229–PWG, 2014
WL 4784329 (D.Md. Sept. 23, 2014). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*